### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

| | |
|---|---|
| **TERESA A. LOUDERMILK,** )<br>)<br>**Plaintiff,** )<br>v. )<br>)<br>**NORMAN NEIL BROWN, M.D., and** )<br>**CARLE CLINIC ASSOCIATION, a** )<br>**Professional Corporation,** )<br>)<br>**Defendants.** ) | Case No. 04-CV-2031 |

### OPINION

On November 16, 2005, this court entered an Opinion (#89). In the Opinion, this court overruled the objection posed by Defendants at the videotaped deposition of Enrique V. Bouffard, III, and denied Defendants' alternative request for additional time for discovery.

On November 22, 2005, Defendants filed a Motion to Reconsider Denial to Enter New Scheduling Order (#92) and a Memorandum in Support (#91). Defendants argued that there is sufficient time prior to the trial scheduled on April 10, 2006, for disclosure of one additional expert and for discovery regarding that expert. Defendants contended that they would be unduly prejudiced if not allowed to do so. On November 28, 2005, Plaintiff filed her Response to Motion to Reconsider (#94) and a Memorandum in Support (#95).

This court agrees with Plaintiff that there is no basis for Defendants' assertion that they were "misled" by Plaintiff on this issue. As this court stated in its Opinion, "Defendants cannot legitimately claim surprise that Dr. Bouffard gave testimony regarding his observations regarding the x-rays taken of Plaintiff." This court also agrees with Plaintiff that Defendants have cited no authority in support of their Motion to Reconsider and have not provided any basis for this court to reconsider its prior decision.

IT IS THEREFORE ORDERED THAT Defendants' Motion to Reconsider Denial to Enter New Scheduling Order (#92) is DENIED.

ENTERED this 29th day of November, 2005

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE